

**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2021

**MEMO ENDORSED**　　April 30, 2021

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
40 Foley Square
New York, New York 10007

  Re: *Floyd Wilson v. City of New York, et al.* 20 CV 5550 (VEC)

Dear Judge Caproni:

  My office represents the plaintiff in the above-referenced civil rights action. I write regarding the joint letters filed yesterday as ECF Documents 33 and 35. The parties respectfully request that the Court strike ECF Document 33 or otherwise disregard it, as the letter was filed in error. Once realizing the wrong draft of the letter had been filed, I promptly corrected this error by filing ECF Document 35, which is the correct letter. Based on the foregoing, the parties' respectfully request that the Court refer to the joint letter filed as ECF Document 35 and strike or disregard the prior erroneous filing.

  Thank you for your consideration.

              Respectfully submitted,

              Lissa Green-Stark

cc: LaDonna S. Sandford, Esq.
   Steven Bushnell, Esq.

      Application GRANTED. The Clerk of Court is respectfully directed to strike the filing at Dkt. 33.

      SO ORDERED.

      4/30/2021

      HON. VALERIE CAPRONI
      UNITED STATES DISTRICT JUDGE